Stuart M. Price (SBN 150439)
stuart@pricelawgroup.com
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 800
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-2730
*Attorneys for Plaintiff*
*Monica L. Perry*

Debbie P. Kirkpatrick (SBN 207112)
dkirkpatrick@sessions.legal
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
T: (619) 758-1891
F: (619) 296-2013
*Attorneys for Defendant*
*EGS Financial Care, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA L. PERRY,<br><br>　　　　Plaintiff,<br>vs.<br><br>EGS FINANCIAL CARE, INC.; and SYNCHRONY BANK,<br><br>　　　　Defendant(s). | Case No.: 2:17-cv-00988-PSG-JEM<br><br>ORDER ON **STIPULATION TO DISMISS COUNT II OF THE COMPLAINT WITH PREJUDICE** |

　　　　Plaintiff Monica L. Perry, by and through counsel Stuart Price, and Defendant EGS Financial Care, Inc., by and through counsel Debbie P.

1

Kirkpatrick, hereby stipulate to dismiss Count II of the Complaint, for alleged violations of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.*, with prejudice.

IT IS SO STIPULATED.

**PRICE LAW GROUP, APC**

Dated: 7/6/17       By: _/s/ Stuart M. Price_____
Stuart M. Price
*Attorneys for Plaintiff*

**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP**

Dated: 7/6/17       By: _/s/Debbie P. Kirkpatrick_____
Debbie P. Kirkpatrick
*Attorneys for Defendant*

### SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of the Stuart Price in the content of this document and his authorization to file it.

Dated: 7/6/17       SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

_/s/ Debbie P. Kirkpatrick_____
Debbie P. Kirkpatrick

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

2